DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

BYRON ANTONIO THOMAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-2373
————————————————

August 16, 2024

Appeal from the Circuit Court for Hillsborough County; Christine A. Marlewski, Judge.

Howard L. Dimmig, II, Public Defender, and Jean-Jacques A. Darius, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Taylor A. Schell, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

SILBERMAN, LaROSE, and BLACK, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.